```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA EX REL.    )
RICHARD GARDNER,                    )
                                    )
          Plaintiff,                )      CV No. 17-464
                                    )      Washington, D.C.
       vs.                          )      March 15, 2022
                                    )      9:00 a.m.
VANDA PHARMACEUTICALS, INC.,        )
                                    )
          Defendant.                )
_____)


     TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS
          BEFORE THE HONORABLE AMIT P. MEHTA
               UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:          Christopher L. Nelson
                            THE WEISER LAW FIRM, P.C.
                            Four Tower Bridge
                            200 Barr Harbor Drive
                            Suite 400
                            West Conshohocken, PA 19428
                            (610) 249-0005
                            Email: cln@weiserlawfirm.com

                            Robert A. Magnanini
                            STONE & MAGNANINI LLP
                            100 Connell Drive
                            Suite 2200
                            Berkeley Heights, NJ 07922
                            (973) 218-1111
                            Email:
                            rmagnanini@stonemagnalaw.com
```

```
APPEARANCES CONTINUED:

For Defendant Vanda:          Jennifer Butler Routh
                              MCDERMOTT WILL & EMERY
                              500 North Capitol St., NW
                              Washington, D.C. 20001
                              (202) 756-8165
                              Email: jrouth@mwe.com

                              Edward Diskant
                              MCDERMOTT WILL & EMERY
                              One Vanderbilt Avenue
                              New York, NY 10017
                              (212) 547-5754
                              Email: Ediskant@mwe.com

For Interested Party U.S.A.:  John Cuong Truong
                              U.S. ATTORNEY'S OFFICE
                              FOR THE DISTRICT OF COLUMBIA
                              555 Fourth Street, NW
                              Washington, D.C. 20530
                              (202) 252-2524
                              Email: john.truong@usdoj.gov

Also Present:                 Richard Gardner

Court Reporter:               William P. Zaremba
                              Registered Merit Reporter
                              Certified Realtime Reporter
                              Official Court Reporter
                              E. Barrett Prettyman CH
                              333 Constitution Avenue, NW
                              Washington, D.C. 20001
                              (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

<pre>
 1                    P R O C E E D I N G S

 2              COURTROOM DEPUTY:  Good morning, Your Honor.

 3   This is Civil Action 17-464, Richard Gardner versus Vanda

 4   Pharmaceuticals, Inc.

 5              Christopher Nelson, Robert Magnanini, and

 6   Richard Gardner for the relator.

 7              Jennifer Routh and Ted Diskant for the defendant.

 8              John Truong on behalf of the government.

 9              THE COURT:  Okay.  Good morning, everyone.

10              Mr. Gardner, Counsel, good morning.

11              Mr. Gardner, are you on video, because I do not

12   see your feed?

13              MR. GARDNER:  Yes, Your Honor.

14              For some reason, my video cut out and I've been

15   trying to restore it.  It just will not restore for some

16   reason.  It was on initially.

17              THE COURT:  Okay.  But you're not having any

18   trouble hearing me?

19              MR. GARDNER:  I can hear you fine, sir.

20              THE COURT:  Okay.  Great.

21              Okay.  So we're back this morning to see where

22   things stand in terms of Mr. Gardner's securing of counsel

23   to represent him in this FCA Qui Tam matter.

24              So, Mr. Gardner, can you tell us where things

25   stand?  I've not received any notice of appearance from a
</pre>

1    lawyer and I take it one is not present either.

2            MR. GARDNER:  Yes, Your Honor.

3            And if I may, I have a statement that I'd like to

4    read, if I can, regarding that.  Can I do that?

5            THE COURT:  Sure.

6            MR. GARDNER:  Okay.

7            So, again, good morning.

8            After an extensive search, I reached out to

9    several different firms and a few got back to me, some still

10   are reviewing.

11           The few that got back to me indicated that they

12   were unable to represent me in this case and mainly for two

13   reasons; one was the complexity of the case and the limited

14   time to get up to speed; and then the other one I

15   consistently heard was the firm's unwillingness to join a

16   five-year-old case that didn't originate with them.

17           Your Honor, I believe it's important to note that

18   these in these discussions, the question was consistently

19   posed as to how a five-year-long attorney-client

20   relationship abruptly ends due to unreconcilable

21   differences.

22           That question begged an answer in order for these

23   firms to seriously consider my case.  And as such, it forced

24   a deeper discussion into the details of what the

25   unreconcilable difference between myself and the Weiser firm

1    actually was.

2         I now feel it's important that I share with the

3    Court what that unreconcilable difference is, as I believe

4    it may have a direct bearing on the Court's decision to

5    allow my counsel to withdraw.

6         The unreconcilable difference between the Weiser

7    law firm and myself was strictly financially based.

8         Your Honor, to provide further clarity --

9         THE COURT:  Mr. Gardner, if I could just interrupt

10   you for a moment.

11        Look, I will ask you to be mindful and make sure

12   you understand that, you know, your communications with your

13   lawyers are privileged and, therefore, their disclosure

14   cannot be compelled.  As a client, it is your privilege.

15   And so if you choose to disclose those communications,

16   that's entirely up to you.  But certainly you can't be

17   forced to do it and I'm not asking you to make those

18   disclosures here, okay?

19        MR. GARDNER:  Okay.

20        MR. NELSON:  Your Honor, if I may interject for a

21   moment?

22        THE COURT:  Sure, Mr. Nelson.

23        MR. NELSON:  While I no longer represent

24   Mr. Gardner, to the extent that he is going to be making

25   representations to the Court about the bases for the

 1   termination of the attorney-client relationship, I would

 2   like to make clear -- and I don't know what the right word

 3   is there -- that I would like Mr. Gardner to be aware that

 4   if he makes a representation to the Court about the basis

 5   for the termination of the attorney-client relationship and

 6   that basis is inaccurate or does not reflect the reasons for

 7   the termination of the relationship, that he will be,

 8   presumably, waiving privilege with respect to counsel's

 9   ability to respond to that.

10         And the reason I raise this is because I would

11   prefer not to do that.  To the extent that the Court is

12   interested in hearing the specific reasons from both

13   Mr. Gardner and counsel regarding the breakdown in the

14   attorney-client relationship, I think it's important that

15   that discussion, if it happens at all, happens in camera.

16         MR. MAGNANINI:  Your Honor, this is Robert

17   Magnanini.

18         I was going to suggest the same thing, but I'll

19   shut up now.

20         THE COURT:  Well, let me just say this:

21   I'm not asking to get any further detail about this.

22   I'm not interested, frankly, in the reasons for there

23   breakdown.  I've taken counsel's representation, and I

24   recognize that the sensitivity of why this may have

25   happened.  And so I've granted counsel's motion for leave;

1  it was without objection my Mr. Gardner.

2          So, you know, the reasons here really are not --

3  let's put it differently.  Had there been a relevancy to the

4  reasons, the time for that has passed.  It would have been

5  something I could have explored prior to granting the

6  motion.  But now that the motion is granted, that train has

7  left the station, so to speak.

8          So, you know, Mr. Gardner, if you want to make a

9  statement about your attorney-client -- communications that

10  involved attorney-client communications, as I said, it

11  results potentially in not only a waiver of the actual

12  communications that you share with me and to this Court on

13  the public record, but also could affect a broader waiver of

14  that privilege and consequently expose more than just what

15  you're prepared here to say to disclosure in some other

16  context.  So you ought to just be mindful of that.

17          If you want to make a brief statement about what

18  led up to the breakdown and do so in camera and it's short,

19  I'm prepared to hear that; but, otherwise, it might just be

20  that I think you all move forward and take care of what

21  needs to be taken care of.

22          MR. GARDNER:  Thank you, Your Honor.

23          And, you know, with that said, I'm not an

24  attorney.  In the previous two calls, I followed the advice

25  of my counsel.

```
1            I would like my counsel to stay on as
2   representation for me.  That's the bottom line.
3            As I stated previously, I'm not an attorney.
4   I followed their advice in terms of how to approach this
5   Court.
6            I now realize that I made a mistake in
7   following -- in stating that, I, too, wanted to separate
8   from them.  I've never indicated that I wanted to separate
9   from them.
10           So I would like my counsel to stay on and
11  follow -- and abide by the original contract with me, which
12  was to represent me and the other two relators in this case.
13           THE COURT:  Well, Mr. Gardner, I've not sort of
14  prepared myself to go back to look at the record on this.
15  And if I need to, I'll take a few minutes to do that.
16  But -- and Mr. Nelson will correct me if I am wrong, but,
17  you know, there was a motion filed, looks like, back on
18  January the 18th.  Under our rules -- and the basis of the
19  motion was that there were unreconcilable differences.
20  Under our rules, that motion wasn't acted upon by me until
21  the passage of seven days, I believe, to allow you to object
22  to the withdrawal.
23           There was no objection, and then at some point
24  after that I did grant the motion for your lawyers to
25  withdraw since there was no objection.
```

1    You then appeared once or twice, I think,

2  subsequent to that with your counsel present, although as I

3  said, I did grant the motion to withdraw, but, nevertheless,

4  they were present here by request, and both times you said

5  nothing about wanting your lawyers to stay on and that you

6  were actually actively looking to secure new counsel.

7    So, you know, the bottom line, as far as I'm

8  concerned at this point, that I've granted the motion,

9  I don't have the authority to compel counsel to remain in

10  the case.  And, you know, if you think that there is some

11  other remedy to be sought, then that's for another -- that's

12  not for me to determine here in the context of this

13  proceeding.

14    But insofar as to the extent that you are

15  requesting that I reinstate your counsel, I don't know how I

16  would do that at this juncture.  So I think that's where

17  things are.

18    MR. GARDNER:  Thank you, Your Honor.  I appreciate

19  your consideration.

20    THE COURT:  Okay.

21    Mr. Nelson, Mr. Magnanini, did you want to add

22  anything to the record at this point on this topic?

23    MR. NELSON:  No, Your Honor.  Your position and

24  recitation is correct and we agree with it.

25    MR. MAGNANINI:  Nothing from me either,

1    Your Honor.

2              THE COURT:  All right.

3              So given that, Mr. Gardner, you know, we're now

4    almost 60 days out from when, I think -- the motion was

5    filed on January 14th; is that right?  It looks like --

6    I'm just looking at the motion that was filed yesterday by

7    Vanda.

8              I don't have the docket in front of me, but the

9    bottom line is it's been about 60 days since Mr. Gardner had

10   been put on notice about his counsel's withdrawal -- the

11   request to withdraw, and he's had close to two months now to

12   attempt to secure counsel.  I think last time I said I'd

13   give you one more bite at the apple here and you still don't

14   have a lawyer, Mr. Gardner.  I know there have been

15   difficulties associated with securing one, but we are where

16   we are.

17             So all of that, I think, means that, given the

18   relator can't proceed pro se under the Qui Tam False Claims

19   Act case, you know, the motion that's before me to dismiss

20   the matter, I think, is warranted.

21             And I'll give Mr. Gardner an opportunity to be

22   heard about that if you'd like at this point.

23             I also would like to get the views of the

24   United States on this.  I see Mr. Truong is on the line.

25             I looked at the statute quickly yesterday,

1  Mr. Truong.  I don't think in this circumstance I need the

2  consent of the United States to dismiss the case, but I

3  wanted to get your thoughts on that.

4          MR. TRUONG:  That's sort of correct, Your Honor.

5          The bottom line is that the United States will

6  consent to the dismissal without prejudice to the

7  United States.

8          THE COURT:  Okay.

9          MR. TRUONG:  That's the government's view.

10         If the Court were to grant the motion to dismiss

11 filed by Vanda, we would ask that the Court order a

12 dismissal with prejudice as it relates to Vanda but without

13 prejudice as it relates to the United States.

14         THE COURT:  You mean with prejudice as to

15 Mr. Gardner as a relator or -- I'm not -- you said with

16 prejudice as to Vanda.

17         MR. TRUONG:  Did say with prejudice with -- to

18 Vanda and the relator but without prejudice to the

19 United States.

20         THE COURT:  Okay.

21         So the government's position would be to dismiss

22 with prejudice as to the relator but not as to the

23 United States; is that right?

24         MR. TRUONG:  That's correct, Your Honor.

25         THE COURT:  Okay.

1          Mr. Gardner, anything you'd like to add at this

2    point?

3          MR. GARDNER:  Yes, Your Honor.

4          I would like to ask that if it's dismissed, it's

5    dismissed without prejudice.  The case itself, everyone that

6    has reviewed this case has indicated that this case is a

7    strong case with merit.

8          Again, this is a result of an issue between myself

9    and my counsel; it has nothing to do with the case itself or

10   the merit of the case.  So I would ask that the Court take

11   that into consideration.  And if it's going to be dismissed,

12   to be dismissed without prejudice.

13         THE COURT:  Okay.

14         Am I wrong here -- and, again, this is not a legal

15   opinion or a legal conclusion -- if the case were dismissed

16   and then to be refiled by Mr. Gardner, or anyone else for

17   that matter, is anyone looking at the three-year

18   statute-of-limitations bar that would foreclose any future

19   action?

20         MR. DISKANT:  Good morning, Your Honor, on behalf

21   of Vanda.

22         Certainly, there would be a possibility of a

23   motion to dismiss based on the statute of limitations.

24         The statute of limitations, however, as Your Honor

25   likely knows, for a False Claims Act claim, can be quite

1    lengthy.  And given the nature of the allegations in the

2    complaint, my guess is that the government would not concede

3    that if this case were re-started in, say, six months, that

4    statute of limitations would have run.

5              THE COURT:  Okay.

6              Well, as I said, I'm not making any firm

7    determinations.  I just -- in the midst of looking at this

8    in another matter, my recollection is that, you know, this

9    limitations period is sort of within three years of the

10   government learning of the underlying basis for a qui tam

11   matter, and that could be as late as potentially when the

12   suit was filed, triggered the three years, but no later than

13   ten years after the events at issue.  But in any event, you

14   know, that's neither here nor there at this point.

15             Look, I guess I will do the following, which is,

16   I'm going to dismiss the action, I will dismiss it without

17   prejudice as to both Mr. Gardner and the United States.

18   If there's a refiling, I'll just take that up when the fifth

19   month happens.

20             I recognize that Vanda has fought this matter for

21   some number of years involving Mr. Gardner and the relator.

22   But I do think, as Mr. Gardner has said, it's a matter that,

23   especially here, has less to do with the merits than has to

24   do with whatever breakdown there was with respect to

25   counsel, and I think in those circumstances, those unique

1    circumstances, that dismissal with prejudice is probably not

2    appropriate.

3              That said, obviously, Gardner is reserving --

4    Vanda, excuse me, is reserving all its defenses, including

5    potential statute-of-limitations defenses, if the matter

6    were to be re-brought.  And, you know, it's without

7    prejudice to asserting that defense or any other.

8              MR. DISKANT:  Your Honor, if I could just be

9    briefly heard on behalf of Vanda?  And I certainly

10   appreciate where the Court is leaning here.

11             You know, I note, first and foremost, that the

12   United States appears to be consenting to dismissal with

13   prejudice as to Mr. Gardner.

14             From our perspective, from Vanda's perspective,

15   the need for dismissal with prejudice is based, you know,

16   first and foremost, on the prospect of potentially

17   open-ended delay of the proceedings, which would be quite

18   prejudicial to Vanda for the reasons that we set forth in

19   our papers.

20             Among other things, we've got an entire time that

21   has been assembled that is neck-deep in document review, all

22   of which would have to be reassembled and re-put back

23   together if Mr. Gardner were to try and start this case

24   again months into the future.

25             In addition, the efforts the Court is aware of.

1           THE COURT:  Hang on.  Can I just interrupt you?

2           How does that -- how are you any differently

3    postured if the dismissal, with respect to the

4    United States, is without prejudice?

5           In other words, you know, the United States is

6    still reserving its right to bring an action.  I mean, some

7    of the concerns you've just addressed still remain; that is,

8    you'd have to line them up again, et cetera.

9           Now, your response may be, well, Mr. Gardner

10   shouldn't have the opportunity to refile after he's put

11   Vanda through all the cases.  But it's not as if there's not

12   going to be some indefiniteness to this, regardless of

13   whether he's dismissed with prejudice or not.

14           MR. DISKANT:  Certainly, Your Honor.

15   And I appreciate the Court's point.

16           I think there are two responses:

17           The first is simply that -- the likelihood of the

18   United States choosing to initiate.  Obviously, the

19   United States chose not to intervene here, which is

20   frequently, although not always, a predictor of whether or

21   not they're likely to initiate the case on their own.

22           But second is, in fact, the effort that has gone

23   into dealing with this particular relator and dealing with

24   the document requests made by this particular relator and

25   the discovery issues with this particular relator.

1          There's also the issue of coordination with the

2     case that is currently pending in the Eastern District of

3     New York in which this relator himself is likely to be --

4     has been identified, by the plaintiffs in that case, as a

5     key witness.  And so, therefore, he would likely to be

6     central to that case in a way that he would be central to

7     this case, only, presumably only, if he were the relator, if

8     he were the plaintiff bringing the case.  So there is that

9     additional issue of coordination between them.

10          And then the final issue is, you know, with

11     respect to the relator, I didn't hear from him any

12     indication that the issues that he is having in finding

13     counsel are likely to be resolved any time soon.  And so as

14     the Court contemplates whether dismissal should be with or

15     without prejudice, this isn't a case in which the relator is

16     saying, Your Honor, I need another two weeks, I need another

17     four weeks, I'm on the cusp of getting counsel, please give

18     me more time.  What I'm hearing is that he's conducted an

19     exhaustive search and is not on the cusp of finding anything

20     new, which only exacerbates the possibility of this being a

21     completely open-ended delay.

22          MR. GARDNER:  Your Honor, if I may, in my earlier

23     statement, I did state that while I contacted several law

24     firms, I did indicate that a few got back to me, not all.

25     Some are still actively reviewing this case.  So, you know,

1    whether or not they will take me on as counsel, I don't know

2    yet.

3              So it's definitely not been a 100 percent decline

4    for me.  It's only been a few law firms that have gotten

5    back and indicated due to the complexity and the limited

6    time to turn around.  That was their main concern, getting

7    up to speed.  They looked at the complexity of this case,

8    they said there's just no way they felt that they could get

9    up to speed as quickly as they needed to.

10             THE COURT:  Okay.

11             All right.  Well, look, let's do the following:

12   I'm going to dismiss the case.  I'll dismiss the action

13   consistent with the request.

14             Let me just -- I want to defer on whether it's

15   with prejudice to Mr. Gardner -- with respect to

16   Mr. Gardner.  I want to take some time to just take a closer

17   look at some of the cases that Vanda has cited here, in

18   particular, there are a couple from our district that Vanda

19   has cited indicating that judges in this district dismissed

20   without prejudice when a relator to failed to obtain new

21   counsel, but, nevertheless, I would like to take a look at

22   those cases and some of the others involved cited before I

23   make a final decision on that, okay?

24             MR. DISKANT:  Thank you, Your Honor.

25   We appreciate it.

1            THE COURT:  Okay.

2            All right.  So with that, we'll be adjourned.

3  As I said, the docket will reflect the granting of the

4  motion to dismiss, and the Court will defer on the question

5  of whether it's with or without prejudice, and I'll issue an

6  order once I've made that decision, okay?

7            MR. GARDNER:  Thank you, sir.

8            THE COURT:  All right.  Thank you, everyone.

9  Be well.

10           (Proceedings concluded at 9:30 a.m.)

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.


Date:__March 15, 2022____        

William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [1]** 3/2
**MR. DISKANT: [4]** 12/20 14/8 15/14 17/24
**MR. GARDNER: [10]** 3/13 3/19 4/2 4/6 5/19 7/22 9/18 12/3 16/22 18/7
**MR. MAGNANINI: [2]** 6/16 9/25
**MR. NELSON: [3]** 5/20 5/23 9/23
**MR. TRUONG: [4]** 11/4 11/9 11/17 11/24
**THE COURT: [20]**

**0**

**0005 [1]** 1/15
**07922 [1]** 1/18

**1**

**100 [2]** 1/17 17/3
**10017 [1]** 2/7
**1111 [1]** 1/19
**14th [1]** 10/5
**15 [2]** 1/5 19/10
**17-464 [2]** 1/4 3/3
**18th [1]** 8/18
**19 [1]** 19/6
**19428 [1]** 1/14

**2**

**200 [1]** 1/13
**20001 [2]** 2/3 2/17
**202 [3]** 2/4 2/11 2/17
**2022 [2]** 1/5 19/10
**20530 [1]** 2/11
**212 [1]** 2/7
**218-1111 [1]** 1/19
**2200 [1]** 1/18
**249-0005 [1]** 1/15
**252-2524 [1]** 2/11
**2524 [1]** 2/11

**3**

**3249 [1]** 2/17
**333 [1]** 2/16
**354-3249 [1]** 2/17

**4**

**400 [1]** 1/14
**464 [2]** 1/4 3/3

**5**

**500 [1]** 2/3
**547-5754 [1]** 2/7
**555 [1]** 2/10
**5754 [1]** 2/7

**6**

**60 days [2]** 10/4 10/9
**610 [1]** 1/15

**7**

**756-8165 [1]** 2/4

**8**

**8165 [1]** 2/4

**9**

**973 [1]** 1/19
**9:00 [1]** 1/6
**9:30 [1]** 18/10

**A**

**a.m [2]** 1/6 18/10
**abide [1]** 8/11
**ability [1]** 6/9
**about [9]** 5/25 6/4 6/21 7/9 7/17 9/5 10/9 10/10 10/22
**above [1]** 19/4
**above-titled [1]** 19/4
**abruptly [1]** 4/20
**Act [2]** 10/19 12/25
**acted [1]** 8/20
**action [5]** 3/3 12/19 13/16 15/6 17/12
**actively [2]** 9/6 16/25
**actual [1]** 7/11
**actually [2]** 5/1 9/6
**add [2]** 9/21 12/1
**addition [1]** 14/25
**additional [1]** 16/9
**addressed [1]** 15/7
**adjourned [1]** 18/2
**advice [2]** 7/24 8/4
**affect [1]** 7/11
**after [4]** 4/8 8/24 13/13 15/10
**again [5]** 4/7 12/8 12/14 14/24 15/8
**agree [1]** 9/24
**aided [1]** 2/19
**all [11]** 6/15 7/20 10/2 10/17 14/4 14/21 15/11 16/24 17/11 18/2 18/8
**allegations [1]** 13/1
**allow [2]** 5/5 8/21
**almost [1]** 10/4
**also [4]** 2/13 7/13 10/23 16/1
**although [2]** 9/2 15/20
**always [1]** 15/20
**am [2]** 8/16 12/14
**AMERICA [1]** 1/3
**AMIT [1]** 1/9
**Among [1]** 14/20
**another [4]** 9/11 13/8 16/16 16/16
**answer [1]** 4/22
**any [10]** 3/17 3/25 6/21 12/18 13/6 13/13 14/7 15/2 16/11 16/13
**anyone [2]** 12/16 12/17
**anything [3]** 9/22 12/1 16/19
**appearance [1]** 3/25
**APPEARANCES [2]** 1/11 1/20
**appeared [1]** 9/1
**appears [1]** 14/12
**apple [1]** 10/13
**appreciate [4]** 9/18 14/10 15/15 17/25
**approach [1]** 8/4
**appropriate [1]** 14/2

**7/2** 9/14 9/17 10/15 10/16 15/2 15/16 16/13 16/25 17/18
**around [1]** 17/6
**as [32]**
**As I [1]** 18/3
**ask [4]** 5/11 11/11 12/4 12/10
**asking [2]** 5/17 6/21
**assembled [1]** 14/21
**asserting [1]** 14/7
**associated [1]** 10/15
**attempt [1]** 10/12
**attorney [8]** 4/19 6/1 6/5 6/14 7/9 7/10 7/24 8/3
**ATTORNEY'S [1]** 2/9
**attorney-client [6]** 4/19 6/1 6/5 6/14 7/9 7/10
**authority [1]** 8/9
**Avenue [2]** 2/6 2/16
**aware [2]** 6/3 14/25

**B**

**back [8]** 3/21 4/9 4/11 8/14 8/17 14/22 16/24 17/5
**bar [1]** 12/18
**Barr [1]** 1/13
**Barrett [1]** 2/16
**based [3]** 5/7 12/23 14/15
**bases [1]** 5/25
**basis [4]** 6/4 6/6 8/18 13/10
**be [32]**
**Be well [1]** 18/9
**bearing [1]** 5/4
**because [2]** 3/11 6/10
**been [10]** 3/14 7/3 7/4 10/9 10/10 10/14 14/21 16/4 17/3 17/4
**before [3]** 1/9 10/19 17/22
**begged [1]** 4/22
**behalf [3]** 3/8 12/20 14/9
**being [1]** 16/20
**believe [3]** 4/17 5/3 8/21
**Berkeley [1]** 1/18
**between [4]** 4/25 5/6 12/8 16/9
**bite [1]** 10/13
**both [3]** 6/12 9/4 13/17
**bottom [4]** 8/2 9/7 10/9 11/5
**breakdown [4]** 6/13 6/23 7/18 13/24
**Bridge [1]** 1/13
**brief [1]** 7/17
**briefly [1]** 14/9
**bring [1]** 15/6
**bringing [1]** 16/8
**broader [1]** 7/13
**brought [1]** 14/6
**Butler [1]** 2/2

**C**

**calls [1]** 7/24
**camera [2]** 6/15 7/18
**can [6]** 3/19 3/24 4/4 4/4 12/25 15/1
**can't [2]** 5/16 10/18
**cannot [1]** 5/14
**Capitol [1]** 2/3
**care [2]** 7/20 7/21
**case [27]**
**cases [3]** 15/11 17/17 17/22
**central [2]** 16/6 16/6
**certainly [4]** 5/16 12/22 14/9 15/14
**Certified [1]** 2/15
**certify [1]** 19/2
**cetera [1]** 15/8
**CH [1]** 2/16
**choose [1]** 5/15
**choosing [1]** 15/18
**chose [1]** 15/19
**Christopher [2]** 1/12 3/5
**circumstance [1]** 11/1
**circumstances [2]** 13/25 14/1
**cited [3]** 17/17 17/19 17/22
**Civil [1]** 3/3
**claim [1]** 12/25
**Claims [2]** 10/18 12/25
**clarity [1]** 5/8
**clear [1]** 6/2
**client [7]** 4/19 5/14 6/1 6/5 6/14 7/9 7/10
**cln [1]** 1/15
**close [1]** 10/11
**closer [1]** 17/16
**COLUMBIA [2]** 1/1 2/10
**communications [5]** 5/12 5/15 7/9 7/10 7/12
**compel [1]** 9/9
**compelled [1]** 5/14
**complaint [1]** 13/2
**completely [1]** 16/21
**complexity [3]** 4/13 17/5 17/7
**computer [1]** 2/19
**computer-aided [1]** 2/19
**concede [1]** 13/2
**concern [1]** 17/6
**concerned [1]** 9/8
**concerns [1]** 15/7
**concluded [1]** 18/10
**conclusion [1]** 12/15
**conducted [1]** 16/18
**CONFERENCE [1]** 1/9
**Connell [1]** 1/17
**consent [2]** 11/2 11/6
**consenting [1]** 14/12
**consequently [1]** 7/14
**Conshohocken [1]** 1/14
**consider [1]** 4/23
**consideration [2]** 9/19

**consistent [1]** 17/13
**consistently [2]** 4/15 4/18
**Constitution [1]** 2/16
**contacted [1]** 16/23
**contemplates [1]** 16/14
**context [2]** 7/16 9/12
**CONTINUED [1]** 2/1
**contract [1]** 8/11
**coordination [2]** 16/1 16/9
**correct [5]** 8/16 9/24 11/4 11/24 19/3
**could [6]** 5/9 7/5 7/13 13/11 14/8 17/8
**counsel [18]** 3/10 3/22 5/5 6/13 7/25 8/1 9/10 9/2 9/6 9/9 9/15 10/12 12/9 13/25 16/13 16/17 17/1 17/21
**counsel's [4]** 6/8 6/23 6/25 10/10
**couple [1]** 17/18
**court [17]** 1/1 2/14 2/15 5/3 5/25 6/4 6/11 7/12 8/5 11/10 11/11 12/10 14/10 14/25 16/14 18/4 19/7
**Court's [2]** 5/4 15/15
**COVID [1]** 19/6
**COVID-19 [1]** 19/6
**CRR [2]** 19/2 19/11
**Cuong [1]** 2/9
**currently [1]** 16/2
**cusp [2]** 16/17 16/19
**cut [1]** 3/14
**CV [1]** 1/4

**D**

**D.C [4]** 1/5 2/3 2/11 2/17
**Date [1]** 19/10
**days [3]** 8/21 10/4 10/9
**dealing [2]** 15/23 15/23
**decision [3]** 5/4 17/23 18/6
**decline [1]** 17/3
**deep [1]** 14/21
**deeper [1]** 4/24
**defendant [3]** 1/7 2/2 3/7
**defense [1]** 14/7
**defenses [2]** 14/4 14/5
**defer [2]** 17/14 18/4
**definitely [1]** 17/3
**delay [3]** 14/17 16/21
**detail [1]** 6/21
**details [1]** 4/24
**determinations [1]** 13/7
**determine [1]** 9/12
**did [6]** 8/24 9/3 9/21 11/17 16/23 16/24
**didn't [2]** 4/16 16/11
**difference [3]** 4/25 5/3 5/6

**D**

**differences** [2] 4/21 8/19
**different** [1] 4/9
**differently** [2] 7/3 15/2
**difficulties** [1] 10/15
**direct** [1] 5/4
**disclose** [1] 5/15
**disclosure** [2] 5/13 7/15
**disclosures** [1] 5/18
**discovery** [1] 15/25
**discussion** [2] 4/24 6/15
**discussions** [1] 4/18
**Diskant** [2] 2/5 3/7
**dismiss** [10] 10/19 11/2 11/10 11/21 12/23 13/16 13/16 17/12 17/12 18/4
**dismissal** [7] 11/6 11/12 14/1 14/12 14/15 15/3 16/14
**dismissed** [7] 12/4 12/5 12/11 12/12 12/15 15/13 17/19
**district** [7] 1/1 1/1 1/10 2/10 16/2 17/18 17/19
**do** [13] 3/11 4/4 5/17 6/11 7/18 8/15 9/16 12/9 13/15 13/22 13/23 13/24 17/11
**docket** [1] 10/8 18/3
**document** [2] 14/21 15/24
**does** [2] 6/6 15/2
**don't** [7] 6/2 9/9 9/15 10/8 10/13 11/1 17/1
**Drive** [1] 1/13 1/17
**due** [2] 4/20 17/5
**during** [1] 19/5

**E**

**earlier** [1] 16/22
**Eastern** [1] 16/2
**Ediskant** [1] 2/8
**Edward** [1] 2/5
**effort** [1] 15/22
**efforts** [1] 14/25
**either** [2] 4/1 9/25
**else** [1] 12/16
**Email** [5] 1/15 1/19 2/4 2/8 2/12
**EMERY** [2] 2/2 2/6
**ended** [2] 14/17 16/21
**ends** [1] 4/20
**entire** [1] 14/20
**entirely** [1] 5/16
**especially** [1] 13/23
**et** [1] 15/8
**et cetera** [1] 15/8
**event** [1] 13/13
**events** [1] 13/13
**everyone** [3] 3/9 12/5 18/8
**EX** [1] 1/3
**exacerbates** [1] 16/20
**excuse** [1] 14/4

**exhaustive** [1] 16/3
**explored** [1] 7/5
**expose** [1] 7/14
**extensive** [1] 4/8
**extent** [3] 5/24 6/11 9/14

**F**

**fact** [1] 15/22
**failed** [1] 17/20
**False** [2] 10/18 12/25
**far** [1] 9/7
**FCA** [1] 3/23
**feed** [1] 3/12
**feel** [1] 5/2
**felt** [1] 17/8
**few** [5] 4/9 4/11 8/15 16/24 17/4
**fifth** [1] 13/18
**filed** [5] 8/17 10/5 10/6 11/11 13/12
**final** [2] 16/10 17/23
**financially** [1] 5/7
**finding** [2] 16/12 16/19
**fine** [1] 3/19
**firm** [4] 1/12 4/25 5/7 13/6
**firm's** [1] 4/15
**firms** [4] 4/9 4/23 16/24 17/4
**first** [3] 14/11 14/16 15/17
**five** [2] 4/16 4/19
**five-year-long** [1] 4/19
**five-year-old** [1] 4/16
**follow** [1] 8/11
**followed** [2] 7/24 8/4
**following** [3] 8/7 13/15 17/11
**forced** [1] 4/23 5/17
**foreclose** [1] 12/18
**foregoing** [1] 19/3
**foremost** [2] 14/11 14/16
**forth** [1] 14/18
**forward** [1] 7/20
**fought** [1] 13/20
**four** [2] 1/13 16/17
**Fourth** [1] 2/10
**frankly** [1] 6/22
**frequently** [1] 15/20
**front** [1] 10/8
**further** [2] 5/8 6/21
**future** [2] 12/18 14/24

**G**

**GARDNER** [30]
**Gardner's** [1] 3/22
**get** [5] 4/14 6/21 10/23 11/3 17/8
**getting** [2] 16/17 17/6
**give** [3] 10/13 10/21 16/17
**given** [3] 10/3 10/17 13/1
**go** [1] 8/14
**going** [6] 5/24 6/18 12/11 13/16 15/12

**gone** [1] 15/22
**good** [5] 3/2 3/9 3/10 4/7 12/20
**good morning** [2] 3/10 4/7
**got** [4] 4/9 4/11 14/20 16/24
**gotten** [1] 17/4
**government** [3] 3/8 13/2 13/10
**government's** [2] 11/9 11/21
**grant** [3] 8/24 9/3 11/10
**granted** [3] 6/25 7/6 9/8
**granting** [2] 7/5 18/3
**Great** [1] 3/20
**guess** [2] 13/2 13/15

**H**

**had** [3] 7/3 10/9 10/11
**Hang** [1] 15/1
**happened** [1] 6/25
**happens** [3] 6/15 6/15 13/19
**Harbor** [1] 1/13
**has** [14] 7/4 7/6 12/6 12/6 12/9 13/20 13/22 13/23 13/23 14/21 15/22 16/4 17/17 17/19
**have** [14] 4/3 5/4 6/24 7/4 7/5 9/9 10/8 10/14 10/14 13/4 14/22 15/8 15/10 17/4
**having** [2] 3/17 16/12
**he** [8] 5/24 6/4 6/7 16/5 16/6 16/7 16/8 16/12
**he's** [4] 10/11 15/10 15/13 16/18
**hear** [2] 3/19 7/19 16/11
**heard** [3] 4/15 10/22 14/9
**hearing** [4] 3/18 6/12 16/18 19/5
**Heights** [1] 1/18
**here** [12] 5/18 7/2 7/15 9/4 9/12 10/13 12/14 13/14 13/23 14/10 15/19 17/17
**him** [2] 3/23 16/11
**himself** [1] 16/3
**his** [1] 10/10
**Honor** [21]
**HONORABLE** [1] 1/9
**how** [5] 4/19 8/4 9/15 15/2 15/2
**however** [1] 12/24

**I**

**I also** [1] 10/23
**I believe** [2] 4/17 5/3
**I can** [1] 3/19
**I did** [4] 8/24 9/3 16/23 16/24
**I didn't** [1] 16/11

**I don't have** [2] 9/9 10/8
**I followed** [1] 8/4
**I guess** [1] 13/15
**I have** [1] 4/3
**I just** [1] 13/7
**I think** [7] 6/14 9/1 10/4 10/12 10/17 13/25 15/16
**I want** [2] 17/14 17/16
**I was** [1] 6/18
**I will** [2] 13/15 13/16
**I'd** [2] 4/3 10/12
**I'll** [6] 6/18 8/15 10/21 13/18 17/12 18/5
**I'm** [14] 5/17 6/21 6/22 7/19 7/23 8/3 9/7 10/6 11/15 13/16 13/16 16/17 16/18 17/12
**I'm going** [2] 13/16 17/12
**I'm just** [1] 10/6
**I'm not** [6] 5/17 6/22 7/23 8/3 11/15 13/6
**I'm not asking** [1] 6/21
**I've** [8] 3/14 3/25 6/23 6/25 8/8 8/13 9/8 18/6
**identified** [1] 16/4
**important** [4] 4/17 5/2 6/14
**inaccurate** [1] 6/6
**INC** [2] 1/6 3/4
**including** [1] 14/4
**indefiniteness** [1] 15/12
**indicate** [1] 16/24
**indicated** [4] 4/11 8/8 12/6 17/5
**indicating** [1] 17/19
**indication** [1] 16/12
**initially** [1] 17/19
**initiate** [2] 15/18 15/21
**insofar** [1] 9/14
**interested** [3] 2/9 6/12 6/22
**interject** [1] 5/20
**interrupt** [2] 5/9 15/1
**intervene** [1] 15/19
**involved** [2] 7/10 17/22
**involving** [1] 13/21
**is** [50]
**isn't** [1] 16/15
**issue** [6] 12/8 13/13 16/1 16/9 16/10 17/8
**issues** [2] 15/25 16/12
**it** [21]
**it might** [1] 7/19
**it's** [15] 4/17 5/2 6/14 7/18 10/9 12/4 12/4 12/11 12/22 14/6 15/11 17/3 17/4 17/14 18/5
**its** [2] 14/4 15/6
**itself** [2] 12/5 12/9

**J**

**January** [2] 8/18 10/5
**Jennifer** [2] 2/2 3/7
**John** [2] 2/9 3/8

**John Truong** [1] 2/8
**john.truong** [1] 2/12
**join** [1] 4/15
**jrouth** [1] 2/4
**JUDGE** [1] 1/10
**judges** [1] 17/19
**juncture** [1] 9/16
**just** [5] 3/15 5/9 6/20 7/14 7/16 7/19 10/6 13/7 13/18 14/8 15/1 15/7 17/8 17/14 17/16

**K**

**key** [1] 16/5
**know** [21]
**knows** [1] 12/25

**L**

**last** [1] 10/12
**late** [1] 13/11
**later** [1] 13/12
**law** [4] 1/12 5/7 16/23 17/4
**lawyer** [2] 4/1 10/14
**lawyers** [3] 5/13 8/24 9/5
**leaning** [1] 14/10
**learning** [1] 13/10
**leave** [1] 6/25
**led** [1] 7/18
**left** [1] 7/7
**legal** [2] 12/14 12/15
**lengthy** [1] 13/1
**less** [1] 13/23
**let** [2] 6/20 17/14
**let's** [2] 7/3 17/11
**like** [12] 4/3 6/2 6/3 8/1 8/10 8/17 10/5 10/22 10/23 12/1 12/4 17/21
**likelihood** [1] 15/17
**likely** [5] 12/25 15/21 16/3 16/5 16/13
**limitations** [7] 12/18 12/23 12/24 13/4 13/9 14/5 19/7
**limited** [2] 4/13 17/5
**line** [6] 8/2 9/7 10/9 10/24 11/5 15/8
**LLP** [1] 1/17
**long** [1] 4/19
**longer** [1] 5/23
**look** [5] 5/11 8/14 13/15 17/11 17/17 17/21
**looked** [2] 10/25 17/7
**looking** [4] 9/6 10/6 12/17 13/7
**looks** [2] 8/17 10/5

**M**

**made** [3] 8/6 15/24 18/6
**Magnanini** [5] 1/16 1/17 3/5 6/17 9/21
**main** [1] 17/6
**mainly** [1] 4/17
**make** [6] 5/11 5/12 6/2 7/8 7/17 17/23

**M**

**makes** [1]  6/4
**making** [2]  5/24 13/6
**March** [2]  1/5 19/10
**matter** [9]  3/23 10/20
12/17 13/8 13/11 13/20
13/22 14/5 19/4
**may** [6]  4/3 5/4 5/20
6/24 15/9 16/22
**MCDERMOTT** [2]  2/2
2/6
**me** [21]
**mean** [2]  11/14 15/6
**means** [1]  10/17
**mechanical** [1]  2/18
**MEHTA** [1]  1/9
**merit** [3]  2/14 12/7
12/10
**merits** [1]  13/23
**midst** [1]  13/7
**might** [1]  7/19
**mindful** [2]  5/11 7/16
**minutes** [1]  8/15
**mistake** [1]  8/6
**moment** [2]  5/10 5/21
**month** [1]  13/19
**months** [3]  10/11 13/3
14/24
**more** [3]  7/14 10/13
16/18
**morning** [6]  3/2 3/9
3/10 3/21 4/7 12/20
**motion** [15]  6/25 7/6
7/6 8/17 8/19 8/20 8/24
9/3 9/8 10/4 10/6 10/19
11/10 12/23 18/4
**move** [1]  7/20
**Mr** [1]  5/22
**Mr.** [31]
**Mr. Gardner** [25]
**Mr. Gardner's** [1]  3/22
**Mr. Magnanini** [1]  9/21
**Mr. Nelson** [2]  8/16
9/21
**Mr. Truong** [2]  10/24
11/1
**mwe.com** [2]  2/4 2/8
**my** [11]  3/14 4/23 5/5
5/7 7/25 8/1 8/10 12/9
13/2 13/8 16/22
**myself** [4]  4/25 5/7
8/14 12/8

**N**

**nature** [1]  13/1
**neck** [1]  14/21
**neck-deep** [1]  14/21
**need** [5]  8/15 11/1
14/15 16/16 16/16
**needed** [1]  17/9
**needs** [1]  7/21
**neither** [1]  13/14
**Nelson** [5]  1/12 3/5
5/22 8/16 9/21
**never** [1]  8/8
**nevertheless** [2]  9/3
17/21
**new** [5]  2/7 9/6 16/3

**New York** [1]  16/3
**NJ** [1]  1/18
**no** [7]  1/4 5/23 8/23
8/25 9/23 13/12 17/8
**North** [1]  2/3
**not** [32]
**note** [3]  4/17 14/11
19/5
**nothing** [3]  9/5 9/25
12/9
**notice** [2]  3/25 10/10
**now** [7]  5/2 6/19 7/6
8/6 10/3 10/11 15/9
**number** [1]  13/21
**NW** [3]  2/3 2/10 2/16
**NY** [1]  2/7

**O**

**object** [1]  8/21
**objection** [3]  7/1 8/23
8/25
**obtain** [1]  17/20
**obviously** [2]  14/3
15/18
**occurred** [1]  19/5
**OFFICE** [1]  2/9
**Official** [1]  2/15
**okay** [17]  3/9 3/17 3/20
3/21 4/6 5/18 5/19 9/20
11/8 11/20 11/25 12/13
13/5 17/10 17/23 18/1
18/6
**old** [1]  4/16
**once** [2]  9/1 18/6
**one** [6]  2/6 4/1 4/13
4/14 10/13 10/15
**only** [5]  7/11 16/7 16/7
16/20 17/4
**open** [2]  14/17 16/21
**open-ended** [2]  14/17
16/21
**opinion** [1]  12/15
**opportunity** [2]  10/21
15/10
**order** [3]  4/22 11/11
18/6
**original** [1]  8/11
**originate** [1]  4/16
**other** [7]  4/14 7/15
8/12 9/11 14/7 14/20
15/5
**others** [1]  17/22
**otherwise** [1]  7/19
**ought** [1]  7/16
**our** [5]  8/18 8/20 14/14
14/19 17/18
**out** [3]  3/14 4/8 10/4
**own** [1]  15/21

**P**

**P.C** [1]  1/12
**PA** [1]  1/14
**pandemic** [1]  19/6
**papers** [1]  14/19
**particular** [4]  15/23
15/24 15/25 17/18
**Party** [1]  2/9

**passed** [1]  7/4
**pending** [1]  16/2
**percent** [1]  17/3
**period** [1]  13/9
**perspective** [2]  14/14
14/14
**PHARMACEUTICALS**
[2]  1/6 3/4
**plaintiff** [3]  1/4 1/12
16/8
**plaintiffs** [1]  16/4
**please** [2]  16/17 19/5
**point** [7]  8/23 9/8 9/22
10/22 12/2 13/14 15/15
**posed** [1]  4/19
**position** [2]  9/23 11/21
**possibility** [2]  12/22
16/20
**postured** [1]  15/3
**potential** [1]  14/5
**potentially** [3]  7/11
13/11 14/16
**predictor** [1]  15/20
**prefer** [1]  6/11
**prejudice** [21]
**prejudicial** [1]  14/18
**prepared** [3]  7/15 7/19
8/14
**present** [2]  2/13 4/1
9/2 9/4
**presumably** [2]  6/8
16/7
**Prettyman** [1]  2/16
**previous** [1]  7/24
**previously** [1]  8/3
**prior** [1]  7/5
**privilege** [3]  5/14 6/8
7/14
**privileged** [1]  5/13
**pro** [1]  10/18
**probably** [1]  14/1
**proceed** [1]  10/18
**proceeding** [1]  9/13
**proceedings** [5]  1/9
2/18 14/17 18/10 19/4
**produced** [1]  2/19
**prospect** [1]  14/16
**provide** [1]  5/8
**public** [1]  7/13
**put** [4]  7/3 10/10 14/22
15/10

**Q**

**question** [3]  4/18 4/22
18/4
**qui** [3]  3/23 10/18
13/10
**quickly** [2]  10/25 17/9
**quite** [2]  12/25 14/17

**R**

**raise** [1]  6/10
**re** [3]  13/3 14/6 14/22
**re-brought** [1]  14/6
**re-put** [1]  14/22
**re-started** [1]  13/3
**reached** [1]  4/8

**read** [1]  8/1
**realize** [1]  8/6
**really** [1]  7/2
**Realtime** [2]  2/15
**reason** [3]  3/14 3/16
6/10
**reasons** [7]  4/13 6/6
6/12 6/22 7/2 7/4 14/18
**reassembled** [1]  14/22
**received** [1]  3/25
**recitation** [1]  9/24
**recognize** [2]  6/24
13/20
**recollection** [1]  13/8
**record** [4]  7/13 8/14
9/22 19/3
**recorded** [1]  2/18
**refile** [1]  15/10
**refiled** [1]  12/16
**refiling** [1]  13/18
**reflect** [2]  6/6 18/3
**regarding** [2]  4/4 6/13
**regardless** [1]  15/12
**Registered** [1]  2/14
**reinstate** [1]  9/15
**REL** [1]  1/3
**relates** [2]  11/12 11/13
**relationship** [5]  4/20
6/1 6/5 6/7 6/14
**relator** [14]  3/6 10/18
11/15 11/18 11/22
13/21 15/23 15/24
15/25 16/3 16/7 16/11
16/15 17/20
**relators** [1]  8/12
**relevancy** [1]  7/3
**remain** [2]  9/9 15/7
**remedy** [1]  9/11
**remotely** [1]  19/7
**Reporter** [4]  2/14 2/14
2/15 2/15
**reporting** [1]  19/7
**represent** [4]  3/23 4/12
5/23 8/12
**representation** [3]  6/4
6/23 8/2
**representations** [1]
5/25
**request** [3]  9/4 10/11
17/13
**requesting** [1]  9/15
**requests** [1]  15/24
**reserving** [3]  14/3 14/4
15/6
**resolved** [1]  16/13
**respect** [5]  6/8 13/24
15/3 16/11 17/15
**respond** [1]  6/9
**response** [1]  15/9
**responses** [1]  15/16
**restore** [2]  3/15 3/15
**result** [1]  12/8
**results** [1]  7/11
**review** [1]  14/21
**reviewed** [1]  12/6
**reviewing** [2]  4/10
16/25
**RICHARD** [4]  1/3 2/13

**Richard Gardner** [1]
3/6
**right** [8]  6/2 10/2 10/5
11/23 15/6 17/11 18/2
18/8
**rmagnanini** [1]  1/20
**RMR** [2]  19/2 19/11
**Robert** [3]  1/16 3/5
6/16
**Routh** [2]  2/2 3/7
**rules** [2]  8/18 8/20
**run** [1]  13/4

**S**

**said** [11]  7/10 7/23 9/3
9/4 10/12 11/5 13/6
13/22 14/3 17/8 18/3
**same** [1]  6/18
**say** [4]  6/20 7/15 11/17
13/3
**saying** [1]  16/16
**se** [1]  10/18
**search** [2]  4/8 16/19
**second** [1]  15/22
**secure** [2]  9/6 10/12
**securing** [2]  3/22
10/15
**see** [3]  3/12 3/21 10/24
**sensitivity** [1]  6/4
**separate** [2]  8/7 8/8
**seriously** [1]  4/23
**set** [1]  14/18
**seven** [1]  8/21
**several** [2]  4/9 16/23
**share** [2]  5/2 7/12
**short** [1]  7/18
**should** [1]  16/14
**shouldn't** [1]  15/10
**shut** [1]  6/19
**simply** [1]  15/17
**since** [2]  8/25 10/9
**sir** [2]  3/19 18/7
**six** [1]  13/3
**so** [23]
**So I think** [1]  9/16
**So it's** [1]  17/3
**some** [13]  3/14 3/15
4/9 7/15 8/23 9/10
13/21 15/6 15/12 16/25
17/16 17/17 17/22
**something** [1]  7/5
**soon** [1]  16/13
**sort** [3]  8/13 11/4 13/9
**sought** [1]  9/11
**speak** [1]  7/7
**specific** [1]  6/12
**speed** [3]  4/14 17/7
17/9
**St** [1]  2/3
**stand** [2]  3/22 3/25
**start** [1]  14/23
**started** [1]  13/3
**state** [1]  16/23
**stated** [1]  8/3
**statement** [4]  4/3 7/7
7/17 16/23
**STATES** [16]  1/1 1/3

**S**

STATES... [14] 1/10
10/24 11/2 11/5 11/7
11/13 11/19 11/23
13/17 14/12 15/4 15/5
15/18 15/19
stating [1] 8/7
station [1] 7/7
STATUS [1] 1/9
statute [6] 10/25 12/18
12/23 12/24 13/4 14/5
stay [3] 8/1 8/10 9/5
stenography [1] 2/18
still [5] 4/9 10/13 15/6
15/7 16/25
STONE [1] 1/17
stonemagnalaw.com
[1] 1/20
Street [1] 2/10
strictly [1] 5/7
strong [1] 12/7
subject [1] 19/6
subsequent [1] 9/2
such [1] 4/23
suggest [1] 6/18
suit [1] 13/12
Suite [2] 1/14 1/18
sure [3] 4/5 5/11 5/22

**T**

take [9] 4/1 7/20 8/15
12/10 13/18 17/1 17/16
17/16 17/21
taken [2] 6/23 7/21
tam [3] 3/23 10/18
13/10
technological [1] 19/7
Ted [1] 3/7
tell [1] 3/24
ten [1] 13/13
termination [3] 6/1 6/5
6/7
terms [2] 3/22 8/4
than [3] 7/14 13/12
13/23
Thank [5] 7/22 9/18
17/24 18/7 18/8
Thank you [2] 7/22
17/24
that [102]
that's [10] 5/16 8/2
9/11 9/11 9/16 10/19
11/4 11/9 11/24 13/14
their [4] 5/13 8/4 15/21
17/6
them [5] 4/16 8/8 8/9
15/8 16/9
then [6] 4/14 8/23 9/1
9/11 12/16 16/10
there [15] 6/3 6/22 7/3
8/17 8/19 8/23 8/25
9/10 10/14 12/22 13/14
13/24 15/16 16/8 17/18
there's [4] 13/18 15/11
16/1 17/8
therefore [3] 5/13 16/5
19/6
these [3] 4/18 4/18

they [8] 4/11 9/4 17/1
17/7 17/8 17/8 17/8
17/9
they're [1] 15/21
thing [1] 6/18
things [4] 3/22 3/24
9/17 14/20
think [13] 6/14 7/20 9/1
9/10 9/16 10/4 10/12
10/17 10/20 11/1 13/22
13/25 15/16
this [44]
This is Civil [1] 3/3
those [5] 5/15 5/17
13/25 13/25 17/22
thoughts [1] 11/3
three [3] 12/17 13/9
13/12
three-year [1] 12/17
through [1] 15/11
time [8] 4/14 7/4 10/12
14/20 16/13 16/18 17/6
17/16
times [1] 9/4
titled [1] 19/4
together [1] 14/23
too [1] 8/7
topic [1] 9/22
Tower [1] 1/13
train [1] 7/6
transcript [1] 1/9 2/18
19/3
transcription [1] 2/19
triggered [1] 13/12
trouble [1] 3/18
Truong [4] 2/9 3/8
10/24 11/1
try [1] 14/23
trying [1] 3/15
turn [1] 17/6
twice [1] 9/1
two [6] 4/12 7/24 8/12
10/11 15/16 16/16

**U**

U.S [1] 2/9
U.S.A [1] 2/9
unable [1] 4/12
under [3] 8/18 8/20
10/18
underlying [1] 13/10
understand [1] 5/12
unique [1] 13/25
UNITED [16] 1/1 1/3
1/10 10/24 11/2 11/5
11/7 11/13 11/19 11/23
13/17 14/12 15/4 15/5
15/18 15/19
United States [12]
10/24 11/2 11/7 11/13
11/19 11/23 13/17
14/12 15/4 15/5 15/18
15/19
unreconcilable [5]
4/20 4/25 5/3 5/6 8/19
until [1] 8/20
unwillingness [1] 4/15

7/18 13/18 15/8 17/7
17/9
upon [1] 8/20
us [1] 3/24
usdoj.gov [1] 2/12

**V**

VANDA [16] 1/6 2/2 3/3
10/7 11/11 11/12 11/16
11/18 12/21 13/20 14/4
14/9 14/18 15/11 17/17
17/18
Vanda's [1] 14/14
Vanderbilt [1] 2/6
versus [1] 3/3
VIA [1] 1/9
video [2] 3/11 3/14
view [1] 11/9
views [1] 10/23
vs [1] 1/5

**W**

waiver [2] 7/11 7/13
waiving [1] 6/8
want [5] 7/8 7/17 9/21
17/14 17/16
wanted [3] 8/7 8/8 11/3
wanting [1] 9/5
warranted [1] 10/20
was [18] 3/16 4/13
4/15 4/18 5/1 5/7 6/18
7/1 8/12 8/17 8/19 8/23
8/25 10/4 10/6 13/12
13/24 17/6
Washington [1] 1/5 2/3
2/11 2/17
wasn't [1] 8/20
way [2] 16/6 17/8
we [6] 9/24 10/15
10/16 11/11 14/18
17/25
We appreciate [1]
17/25
we'll [1] 18/2
we're [2] 3/21 10/3
we've [1] 14/20
weeks [2] 16/16 16/17
WEISER [3] 1/12 4/25
5/6
weiserlawfirm.com [1]
1/15
well [6] 6/20 8/13 13/6
15/9 17/11 18/9
were [11] 4/12 8/19 9/4
9/6 11/10 12/15 13/3
14/6 14/23 16/7 16/8
West [1] 1/14
what [7] 4/4 5/3 6/2
7/14 7/17 7/20 16/18
whatever [1] 13/24
when [4] 10/4 13/11
13/18 17/20
where [5] 3/21 3/24
9/16 10/15 14/10
whether [6] 15/13
15/20 16/14 17/1 17/14
18/5

14/17 14/22 15/19 16/3
16/15 16/20
while [2] 5/23 16/23
why [1] 6/24
will [12] 2/2 2/6 3/15
5/11 6/7 8/16 11/5
13/15 13/16 17/1 18/3
18/4
William [3] 2/14 19/2
19/11
withdraw [4] 5/5 8/25
9/3 10/11
withdrawal [2] 8/22
10/10
within [1] 13/9
without [12] 7/1 11/6
11/12 11/18 12/5 12/12
13/16 14/6 15/4 16/15
17/20 18/5
witness [1] 16/5
word [1] 6/2
words [1] 15/5
would [21]
wrong [2] 8/16 12/14

**Y**

year [3] 4/16 4/19
12/17
years [4] 13/9 13/12
13/13 13/21
Yes [3] 3/13 4/2 12/3
yesterday [2] 10/6
10/25
yet [1] 17/2
York [2] 2/7 16/3
you [50]
you know [2] 9/10
10/19
you'd [3] 10/22 12/1
15/8
you're [2] 3/17 7/15
you've [1] 15/7
your [34]
Your Honor [20]

**Z**

Zaremba [3] 2/14 19/2
19/11
ZOOM [1] 1/9